IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 29, 2008

Charles R. Fulbruge III
Clerk

No. 07-10405
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

DONOVAN LEE PAGE

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:06-CR-137-ALL

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD) appointed to represent Donovan Lee Page in his appeal from his guilty-plea conviction and sentence for bank robbery has filed a motion pursuant to Anders v. California, 386 U.S. 738 (1967) and a brief in support. Page has not filed a response. The FPD notes that Page's pro se notice of appeal was untimely. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.